**Order entered June 3, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00615-CV

### IN RE INTERNATIONAL HOSPITAL CORPORATION HOLDING N.V., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06257**

## ORDER

Before the Court is relator's May 27, 2016 petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before June 20, 2016.

/s/     ROBERT M. FILLMORE
           JUSTICE